# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Brenda Moore

                V.

Judge B Scott Leehy; Attorney Amy C Ellender; Frank Moore; and Elnora Thomas

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    11CV2279-BTM(WVG)

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court granted Plaintiff leave to file a First Amended Complaint on or before October 31, 2011. Plaintiff failed to do so. The case is Dismissed.

| November 18, 2011 | W. Samuel Hamrick, Jr. |
| --- | --- |
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |
|  | ENTERED ON November 18, 2011 |